747 A.2d 275

IN RE ADVISORY COMMITTEE ON PROFESSIONAL ETHICS (ACPE) DOCKET NO. 1–99 (CHARLES Z. SCHALK, ESQ., APPELLANT).

February 18, 2000.

## ORDER

The Court having granted the petition of Charles Z. Schalk, Esquire, for review of the determination in Docket # 1–99 of the Advisory Committee on Professional Ethics,

And counsel having informed the Court that a change in the factual circumstances underlying the inquiry has rendered the application moot,

And good cause appearing;

IT IS ORDERED that the within appeal and the Court's stay of the Committee's determination are dismissed as moot.